UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-CR-02 |
| | ) | |
| MARTINO BUXTON | ) | |

ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)     October 23 -25, 2019

    b)     October 31- November 1, 2019

    c)     November 4, 2019

    d)     December 2- 6, 2019

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

SO ORDERED, this 7th day of October 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE ~~COURT~~ Judge
SOUTHERN DISTRICT OF GEORIGA