**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-2 |
| MARTINO BUXTON, | |
| Defendant. | |

## O R D E R

This matter is before the Court on Defendant's Motion to Release Funds. (Doc. 52.) Upon consideration of the request for return of the bond posted in the above captioned case by the surety Sharon Williams in the amount of **$1,000.00**, and a judgment of conviction having been entered in this case, the Court hereby **GRANTS** Defendant's Motion.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall disburse said funds, plus any and all accrued interest, to the Surety, Sharon Williams, 910 Sherman Avenue, Savannah, Georgia 31405.

**SO ORDERED**, this 21st day of February, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA